KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M.. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

*E-Filed 4/29/05*

    150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC EDWARD ANETIL, | Case No. C 05-00735 HRL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SUBSTITUTING DEFENDANTS |
| v. | |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

    The parties to the above-entitled action, through their attorneys of record, hereby stipulate and agree as follows:

    The United States of America shall be substituted as defendant in place of the United States Postal Service and Margaret Wong. The United States of America has previously filed an answer in this action. No further answer by the United States of America is required.

    **IT IS SO STIPULATED.**

                                  LAW OFFICES OF R. SPENCER QUINN

DATED: April 28, 2005           /s/ R. Spencer Quinn
                                        R. SPENCER QUINN
                                        Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 28, 2005 | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | /s/ Claire T. Cormier |
| 5 | | CLAIRE T. CORMIER<br>Assistant United States Attorney |

Of Counsel:
Joseph R. Doyle
United States Postal Service
National Tort Center
PO Box 66640
St. Louis, Missouri 63166-6640
Tel: (314) 872-5154
Fax: 202-406-4623

**IT IS SO ORDERED.**

DATED: ___4/29___, 2005    /s/ Howard R. Lloyd
                            HOWARD R. LLOYD
                            UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order re Substituting Defendants
Case No. C 05-00735 HRL                    -2-