*E-filed 9/9/05*

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M.. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
      150 Almaden Blvd., Suite 900
5     San Jose, California 95113
      Telephone: (408) 535-5082
6     FAX: (408) 535-5081

7  Attorneys for Federal Defendant

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12  ERIC EDWARD ANETIL,              )      Case No. C 05-00735 HRL
                                     )
13        Plaintiff,                 )      STIPULATION RE MEDIATION
                                     )      DEADLINE EXTENSION
14     v.                            )       and Order
                                     )
15  UNITED STATES POSTAL SERVICE, et )
    al.,                             )
16                                   )
          Defendants.                )
17  _____ )

18        This Court previously directed the parties to participate in the Court's mediation program

19  no later than September 26, 2005.  Accordingly, the parties scheduled a mediation with court-

20  appointed mediator, Ike Lasater, for September 20, 2005.  However, shortly thereafter, plaintiff's

21  counsel was scheduled for another matter on the September 20 date.  The parties, counsel and

22  mediator were unable to find another mediation date prior to September 26.  The new agreed

23  mediation date is October 3, 2005.  Therefore, the parties hereby stipulate and request that the

24  deadline for mediation in this case be extended to October 3, 2005

25  //

26  //

27  //

28  //

STIPULATION RE MEDIATION DEADLINE EXTENSION
Case No. C 05-00735 HRL                    -1-

1    **IT IS SO STIPULATED.**

2                                          LAW OFFICES OF R. SPENCER QUINN

3

4
     DATED: September 8, 2005              R. Spencer Quinn
5                                          R. SPENCER QUINN
                                           Attorneys for Plaintiff
6

7

8    DATED: September 2, 2005              KEVIN V. RYAN
                                           United States Attorney
9

10
                                           /s/ Claire T. Cormier
11                                         CLAIRE T. CORMIER
                                           Assistant United States Attorney
12

13   Of Counsel:
     Joseph R. Doyle
14   United States Postal Service
     National Tort Center
15   PO Box 66640
     St. Louis, Missouri  63166-6640
16   Tel:    (314) 872-5154
     Fax:    202-406-4623
17

18

19

20
     **IT IS SO ORDERED.**
21

22

23

24   DATED: _____9/9_____, 2005        _____/s/ Howard R. Lloyd_____
                                           HOWARD R. LLOYD
25                                         UNITED STATES MAGISTRATE JUDGE

26

27

28

STIPULATION RE MEDIATION DEADLINE EXTENSION
Case No. C 05-00735 HRL                    -2-